No. 10–6806.   BROOKS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 10–6807.   WILLIAMS *v.* ARIZONA.   Ct. App. Ariz.   Certiorari denied.

No. 10–6810.   WHITE *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 10–6811.   TRUAX *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 10–6815.   MOSS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.